# Unclaimed Funds

Entered 3/9/2020 to 3/9/2020

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 14-10437 -fjb 20470882 | BEVERLY CLARKE 536 WHITE CLIFFS DR PLYMOUTH, MA 02360 02360 | 14.80 | 03/09/2020 |
| 14-14359 -msh 19369786 | H & R Block P.O. Box 10121 Kansas City, MO 64171 | 7.68 | 03/09/2020 |
| 14-15501 -jeb 19429707 | Equable Asset Financial, LLC aka Hilco Receivables c/o Gary Kreppel 33 Boston Post Road Marlborough, MA 01752 01752 | 263.82 | 03/09/2020 |
| 15-10152 -jeb 20470895 | CITIMORTGAGE P.O. BOX 688971 DES MOINES, IA 50368 50368 | 4,067.46 | 03/09/2020 |
| 15-10671 -fjb 19539773 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 33131-1605 | 60.53 | 03/09/2020 |
| 15-11805 -fjb 19510910 | RBS / Citizens P.O. Box 42010 Providence, RI 02940 02940 | 372.23 | 03/09/2020 |
| 15-11805 -fjb 19510898 | Charter One Bank 725 Canton Street Norwood, MA 02062 02062 | 366.56 | 03/09/2020 |
| 16-13023 -fjb 20470883 | SHAWN ROONEY 5 RIVERSIDE DR | 96.00 | 03/09/2020 |

| Case | Debtor / Address | Amount | Date |
|---|---|---:|---|
| | NEWBURY, MA 01951<br>01951 | | |
| [16-13393 -jeb](#)<br>19860678 | Anne P. Holbrook and James Holbrook<br>James Holbrook<br>c/o Payson Smith Holbrook, Inc.<br>60 State Street, Suite 700<br>Boston, MA 02109<br>02109 | 98.61 | 03/09/2020 |
| [17-10834 -fjb](#)<br>20470884 | AURELIA HICKS<br>140 HUMBOLDT AVE, APT. #311<br>BOSTON, MA 02121<br>02121 | 9.43 | 03/09/2020 |
| [17-13214 -fjb](#)<br>20470885 | CHERYL DRAKE<br>257 CENTER ST<br>PEMBROKE, MA 02359<br>02359 | 2,363.79 | 03/09/2020 |
| [17-14357 -fjb](#)<br>20470887 | ROBERT & LILLIAN BURT<br>22 PAT REE DRIVE<br>EAST TAUNTON, MA 02718<br>02718 | 2.73 | 03/09/2020 |
| [18-12198 -msh](#)<br>20470888 | WILLIAM PACHAS<br>117 ESTY FARM RD<br>NEWTON, MA 02459<br>02459 | 5,883.50 | 03/09/2020 |
| [18-12583 -jeb](#)<br>20470889 | NEWTON BAILEY<br>602 WALK HILL ST<br>MATTAPAN, MA 02126<br>02126 | 7,492.27 | 03/09/2020 |
| [18-12792 -msh](#)<br>20470890 | ALFRED SMITH<br>12 CAPPYS WAY<br>BROCKTON, MA 02302<br>02302 | 409.50 | 03/09/2020 |

**Grand Total: 21,508.91**