UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUESETTS(BOSTON)

In Re:   Newton Waldermar Bailey          *          Case No.  18-12583-JEB

                                       *

        Debtor          *          Chapter 13

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

      NOW APPEARS (petitioner) Marquette Porter, Owner of Spring Solutions, LLC as assignee to Newton W. Bailey, of P.O. Box 334 Glen Burnie, MD  21061  and states that on the 9th$^h$ of  March, 2020, Newton W. Bailey debtor in this case, became entitled to receive $7,492.27 as a distribution in the above-titled case, and said person appears on the records of this Court as owner of these Funds.  The amount requested is being held in the Treasury of the United States unclaimed funds.

      Petitioner represents that it is entitled to receive the requested funds based on the following:

      (X) Petitioner is the owner's successor in interest to said funds as evidenced     in the attached Assignment of Interest;

      (X) Petitioner is named in a POWER OF ATTORNEY given to it by Newton W. Bailey, valid under the laws of the Commonwealth of Massachusetts, that empowers the petition to collect the unclaimed described above on behalf of grantor in the petitioner's capacity.

      Your petitioner submits with this petition the following documents as proof of the petitioner's identity and status, and the owner's claim of entitlement.

1. Assignment of Interest in Unclaimed Funds
2. Limited Power of Attorney
3. Contract for Services
4. Affidavit of Photo Identification Authenticity
5. Articles of Organization
6. Corporate Business Identity
7. Certificate of Authority

      **WHEREFORE,** the petitioner knowingly and willingly submit itself to the personal jurisdiction of this Court and request that Court enter an order directing payment of the unclaimed funds described above to the petitioner in accordance with the documents submitted in support of this petition.

      By signing this Petition for Payment of Unclaimed Funds, the petitioner swears or affirms under penalty of perjury that the foregoing is true and correct:

[SIGNATURE ON FOLLOWING PAGE]

Date: Sept 14, 2020

Marquette Porter
Owner of Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060
(410) 760-5841
springsolutionsllc@gmail.com

SUBSCRIBED AND SWORN TO BEFORE ME this 14 day of September
20 20, in the County of ___ , State of Maryland.

Signature of Notary Public
Date Commission Expires: 11-17-2023

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUESETTS(BOSTON)

In Re:   Newton Waldermar Bailey                    *              Case No.  18-12583-JEB
                                                                        *
            Debtor                                              *              Chapter 13

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this ___14th___ day of __September__ 2020, a copy of the foregoing  Notice of Response Time, Petition of Payment of Unclaimed Funds and all attachments was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Trustee
5 Post Office Square, Suite 1000
Boston, MA  02109-3934

U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Chapter 13 Trustee
Carol Bankowski-13-12
Chapter 13-12 Trustee Boston
P.O. Box 8250
Boston, MA 02114

Richard D. Smeloff
Smeloff & Associates
500 Granite Avenue
Suite 7 & 8
Milton, MA  02186

Date: ___Sept. 14, 2020___

Marquette Porter
Owner of Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060
(410) 760-5841
springsolutionsllc@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUESETTS(BOSTON)

In Re:   Newton Waldermar Bailey          *          Case No.  18-12583-JEB
                                           *
         Debtor                            *          Chapter 13

### NOTICE OF RESPONSE TIME

     Within twenty-one (21) days after service of this notice, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) (if you were served by mail), any party against whom this petition has been served, or any other party to the action who object to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the:

Clerk's Office
U.S. Bankruptcy Court
John W. McCormack Post office and Court House
5 Post Office Squire, Suite 1150
Boston, MA  02109-3945
Telephone:  (617)748-6610 or (617)748-6607

     If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; (3) the petitioner has failed to provide adequate proof of ownership or settlement; or (4) in the opinion of the Court, the interest of justice requires otherwise.

Date: Sept. 14, 2020

Marquette Porter
Owner of Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060
(410) 760-5841
springsolutionsllc@gmail.com

SUBSCRIBED AND SWORN TO BEFORE ME this 14 day of September,
2020, in the County of ___, State of MD.

_____
Signature of Notary Public
Date Commission Expires: 11-17-2023

September 14, 2020

US Bankruptcy Court
Attn: Clerk of Court
5 Post office Square, Suite 1150
Boston, MA  02109-3945

> RE:     Newton W. Bailey
>         Ch 13, case no. 18-12583-jeb
>         Unclaimed Funds

Dear Sir or Madam:

My name is Marquette Porter and I am the successor claimant and petitioner for the Petition for Unclaimed Funds for the above-mentioned matter. I am enclosing to you the following for processing:

- Notice of Response Time
- Petition for Payment of Unclaimed Funds
- Certificate of Service
- Corporate/Business Identification form for Unclaimed Funds
- Certificate of Authority
- Affidavit of Photo Identification Authenticity
- Articles of Organization
- W-9
- Copy of Debtor's ID
- Copy of current bill showing Debtor's updated address
- Copy of Trustee's Report of Unclaimed Funds
- Contract for Services
- Assignment of Interest in Unclaimed Funds
- Limited Power of Attorney

Please review the above petition and supporting documents and let me know if you need anything further.

Regards,

Marquette Porter
Spring Solutions, LLC
springsolutions,llc@gmail.com
(410) 760-5841

cc:  U.S. District Attorney
     U.S. Trustee's Office
     Chapter 13 Trustee, Carol Bankowski, Esq.
     Debtor's Attorney, Richard D. Smeloff