

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:* <br><br> NEWTON WALDERMAR BAILEY, <br> Debtor | Ch. 13 <br> 18-12583-JEB |
|---|---|

### Proceeding Memorandum and Order

**MATTER:**

#129 Petition for Payment of Unclaimed Funds by Spring Solutions LLC

**Decision set forth more fully as follows:**

Hearing held on December 1, 2020. As more fully set forth on the record, having reviewed the documentation, the Court finds that Spring Solutions, LLC is an unclaimed funds locator who submitted the Petition for Unclaimed Funds on behalf of the Debtor. On the record, Ms. Porter stated that she is the sole member of Spring Solutions, LLC, and that she was acting on behalf of Spring Solutions, LLC and not individually.

For the reasons set forth on the record, Spring Solutions, LLC shall by **January 8, 2021,** amend the Petition with the following documents:

　1.　An amended application for payment of unclaimed funds filed on behalf of the Debtor as claimant by Spring Solutions, LLC as applicant.

　2.　A completed W-9 form for the Debtor, containing the same address as the Debtor's address listed on the amended application.

　3.　A completed W-9 form for Spring Solutions, LLC.

　4.　A notarized certificate of authority reflecting Ms. Porter's authority to act on behalf of Spring Solutions LLC as authorized agent.

　5.　A proposed order requesting payment in the name of the Debtor with the address to which payment should be sent if the Petition, as amended, is allowed. As more fully set forth on the record, if allowed, payment will be issued in the name of the Debtor but may be sent in care of the LLC as the funds locator.

After receiving the additional documents, the Court will take such action as is appropriate. If the additional documents are not filed, the Court may deny the Petition, without prejudice to a subsequent application being submitted.

Dated: 12/2/2020                                    By the Court,

*[signature: Janet E. Bostwick]*

Janet E. Bostwick
United States Bankruptcy Judge